UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X

UNITED STATES OF AMERICA,                   **CONSENT TO PROCEED BY VIDEO OR TELE CONFERENCE**

            -against-

                                      20      -CR-___ (   )(   )

Tyshawn Brogdon

                            Defendant(s).
-------------------------------------------------------------------X

Defendant __Tyshawn Brogdon_____ hereby voluntarily consents to participate in the following proceeding via _X_ videoconferencing or ___ teleconferencing:

**X**   Initial Appearance Before a Judicial Officer

___   Arraignment (Note: If on Felony Information, Defendant Must Sign Separate Waiver of Indictment Form)

___   Bail/Detention Hearing

___   Conference Before a Judicial Officer


_/s/ Tyshawn Brogdon_____                    _Ken Womble_____
Defendant's Signature                                                     Defendant's Counsel's Signature
(Judge may obtain verbal consent on
Record and Sign for Defendant)

__Tyshawn Brogdon_____                    _Ken Womble_____
Print Defendant's Name                                                    Print Counsel's Name


This proceeding was conducted by reliable video or telephone conferencing technology.

_11/23/20_____                                                    _Gabriel W. Gorenstein_____
Date                                                                                    U.S. District Judge/U.S. Magistrate Judge