# DISMISSAL of COMPLAINT or REMOVAL PROCEEDINGS
## United States District Court
### Southern District of New York

Mag. Dkt. No.                                                                  Date

    USAO No.

The Government respectfully requests the Court to dismiss without prejudice the

    Complaint        Removal Proceedings in

*United States v.*

The Complaint/Rule 40 Affidavit was filed on

    *U.S. Marshals please withdraw warrant*

ASSISTANT UNITED STATES ATTORNEY
(handwritten or digital signature)

(print name if signature handwritten)

**SO ORDERED:**

DATE:  December 8, 2020

*Sarah Netburn*
UNITED STATES MAGISTRATE JUDGE